**Opinion issued July 2, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00025-CR

————————————

**JAQUAN ANARD DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 176th District Court
Harris County, Texas
Trial Court Cause No. 1362723

## MEMORANDUM OPINION

Appellant, Jaquan Anard Davis, has filed a "Motion to Withdraw Notice of Appeal," in which he requests that "his Notice of Appeal herein be deemed withdrawn by this Court and the appeal herein dismissed." The Court construes

this filing as a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeal, and the motion complies with rule 42.2(a).

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Brown, and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).